# EXHIBIT B

Jeffrey D. Vanacore
Perkins Coie LLP
30 Rockefeller Plaza, 22nd Floor
New York, New York 10112
Phone: (212) 262-6900
Facsimile: (212) 977-1649
jvanacore@perkinscoie.com

*Attorneys For Claimant*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
WEIMIN HU,                             :
                                       :
                 Claimant,             :
                                       :   Case No. 16-00586 (GHW)
       -against-                       :
                                       :
KAIHUA CAI, LIMAN HU AND CAI           :
RESEARCH, LLC,                             **ORDER**
                                       :
                 Respondents.          :
------------------------------------- X

    This Court has considered the request of Claimant to confirm the arbitral award in its entirety and has reviewed the pleadings filed.

    THIS COURT ORDERS that the arbitral award issued in this case in the amount of $100,000.00 be confirmed in its entirety and that a judgment be entered immediately in the amount of $100,000.00 in favor of Weimin Hu and against Kaihua Cai, Liman Hu and Cai Research, LLC, all residing at 25 Emerson Dr., Great Neck, NY 11023, jointly and severally.

    THE CLERK OF THE COURT IS DIRECTED TO CLOSE THIS CASE.

Dated: February __, 2016

                                                    _____
                                                      United States District Judge

129879607.1